UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:

The Superintendent of PLYMOUTH COUNTY JAIL

YOU ARE COMMANDED to have the body of **SCOTT MORRILL** now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. **10**, on the **5TH** floor, Boston, Massachusetts on **AUGUST 6, 2013**, at **11:45** A.M. for the purpose of a **HEARING** in the case of **UNITED STATES v SCOTT MORRILL** Criminal Action No. **13-10147-MLW**.

And you are to retain the body of said **SCOTT MORRILL** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **SCOTT MORRILL** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **15th** day of **JULY,** 20**13**.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON, CLERK

By:   /s/ Daniel C. Hohler

SEAL            Deputy Clerk

(Habcorp.wrt - 10/96)                              [kwhcap.] or
                                                   [kwhcat.]